

| | | | |
|---|---|---|---|
| **United States Department of Agriculture** | **Forest Service** | **Umpqua National Forest** | **2900 NW Stewart Parkway<br>Roseburg, Oregon 97471<br>(541) 957-3200  FAX  957-3495<br>TDD 957-3459** |

**File Code:** 1900
**Date:** April 10, 2014

Dear Interested Citizen:

This letter is to inform you that I am withdrawing the May 8, 2013 Decision Notice and Finding of No Significant Impact for the Loafer Timber Sale Project. I am notifying you of this withdrawal because you participated in the public process for this decision.

Under the decision I am withdrawing; the Umpqua National Forest had authorized forest management activities for part of the Loafer project.  The Forest had planned to issue a separate decision authorizing additional forest management under the Loafer project.  Withdrawing the May 2013 Loafer decision allows the Umpqua National Forest to make a single future decision for the entire Loafer project, instead of making two separate decisions for the project. This will provide greater cohesiveness and efficiency for authorizing and implementing the project.  Thank you for your interest in projects on the Umpqua National Forest.

Sincerely,

*/s/ Alice B. Carlton*
ALICE B. CARLTON
Forest Supervisor



Case No. 6:13-cv-02130-MC
EXHIBIT A

**Caring for the Land and Serving People**        Printed on Recycled Paper

